**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7**

| Chapter1 LLC, on behalf of itself and all others similarly situated |
|---|
| Plaintiff, |
| v. |
| United States |
| Defendant. |

Court No. 1:25-cv-00097
and Attached Schedule

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: June 16, 2025 _____

Charles Gerstein
_____
Attorney for Plaintiff
400 7th St. NW, Suite 304
_____
Street Address
Washington, DC 20004
_____
City, State and Zip Code
202-670-4809
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 25-cv-00097 | Chapter1 LLC | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                            Clerk, U. S. Court of International Trade

                                              By: _____
                                                            Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)