UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| |
|---|
| Chapter1 LLC, on behalf of itself and all others similarly situated, |
| Plaintiff, |
| v. |
| The United States |
| Defendant. |

Court No. 1:25-cv-00097

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 6/17/2025

/s/ Charles Gerstein

Attorney for Plaintiff

400 7th St. NW, Suite 304

Street Address

Washington, DC 20004

City, State and Zip Code

202-670-4809

Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____                    Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:25-cv-00097 | Chapter1 LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                    Clerk, U. S. Court of International Trade

                                    By: _____
                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)