IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHAPTER 1 LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:25-cv-00097<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ERRATA**

Plaintiff respectfully moves for an order directing the Clerk of the Court to accept for filing the attached Form 7A dismissal.

On June 16, 2025, plaintiff filed a "Notice of Dismissal" and inadvertently submitted a Form 7. The originally filed notice was not compliant with the Form 7A necessary in this case. The attached Form 7A (Exhibit B) corrects this error.

On June 25, 2025, Defendant's counsel, Luke Mathers, emailed his consent to the filing of this motion and for this case to be dismissed.

In accordance with AO 02-01, the following documents are attached:

**Exhibit A:** A list of corrections

**Exhibit B:** A complete copy of the corrected document for filing

**Exhibit C:** A redlined version of the corrections.

Wherefore, plaintiff respectfully requests that the Court order that the Form attached as Exhibit B be accepted by the Clerk of the Court for filing.

A proposed order accompanies this motion.

1

Respectfully submitted,

/s/ Charles Gerstein
Charles Gerstein
Jeremy Shur
(*pro hac vice* application forthcoming)
GERSTEIN HARROW LLP
400 7th Street NW, Suite 304
Washington, DC 20025
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
(*pro hac vice* application forthcoming)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Suite 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*Attorneys for Plaintiff*

Dated: June 27, 2025

2