UNITED STATES COURT OF INTERNATIONAL TRADE				FORM 7A

| | |
|---|---|
| Chapter1 LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br>The United States<br><br>　　　　　　　　　　　　Defendant. | Court No.　1:25-cv-00097 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 6/27/2025

/s/ Charles Gerstein
Attorney for Plaintiff

400 7th St. NW, Suite 304
Street Address

Washington, DC 20004
City, State and Zip Code

202-670-4809
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____		Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:25-cv-00097 | Chapter1 LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                              Clerk, U. S. Court of International Trade

                 By: _____
                              Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)